UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                            Case No. 19-cr-20623-2
                            Hon. Matthew F. Leitman

D2, DON STANLEY TOWNSEND,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT DON STANLEY TOWNSEND'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 56)

**IT IS HEREBY ORDERED** that Defendant Don Stanley Townsend's Motion for Early Termination of Supervised Release is **GRANTED** for the reasons set forth in the motion and the Government's response. Townsend's supervised release is hereby **TERMINATED**.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: July 29, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126